UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In the Matter of Osseo Area Schools, Independent School District No. 279, | Case No. 0:17-cv-02068-DSD-HB |
| Plaintiff, | **LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |
| v. | |
| M.N.B., by and through her Parent, J.B., | |
| Defendants. | |

_____

Pursuant to Local Rule 7.1(h), the undersigned hereby certifies that Defendant's Memorandum in Support of her Motion to Amend the Scheduling Order complies with the type-size requirement as it was prepared in Microsoft Word 2013 using 13-point proportional font. Pursuant to Local Rule 7.1(f), the undersigned further certifies that the Memorandum complies with the type-volume requirement as there are 874 words, according to Microsoft Word 2013's word count feature, including headings, footnotes, and quotations.

Date: December 18, 2017        /s/Daniel Stewart
                               Daniel Stewart (#0278919)
                               Maren Hulden (#0396043)
                               Mid-Minnesota Legal Aid
                               Minnesota Disability Law Center
                               430 1st Ave N, Suite 300
                               Minneapolis, MN 55401
                               Tel: 612.746.3769
                               Email: djstewart@mylegalaid.org
                                      mhulden@mylegalaid.org

                               ATTORNEYS FOR DEFENDANTS