UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In the Matter of Osseo Area Schools, Independent School District No. 279, | Case No. 0:17-cv-02068-DSD-HB |
| Plaintiff, | **LOCAL RULE 7.1(f) CERTIFICATE OF COMPLIANCE** |
| v. | |
| M.N.B., by and through her Parent, J.B., | |
| Defendants. | |

_____

Pursuant to Local Rule 7.1(h), the undersigned hereby certifies that Defendant's Reply Memorandum in Support of her Motion for Judgment on the Administrative Record complies with the type-size requirement as it was prepared in Microsoft Word 2013 using 13-point proportional font.  Pursuant to Local Rule 7.1(f), the undersigned further certifies that the Memorandum complies with the type-volume requirement as there are 3,908 words, according to Microsoft Word 2013's word count feature, including headings, footnotes, and quotations.

Date: July 2, 2018

/s/Daniel Stewart
Daniel Stewart (#0278919)
Maren Hulden (#0396043)
Mid-Minnesota Legal Aid
Minnesota Disability Law Center
430 1st Ave N, Suite 300
Minneapolis, MN 55401
Tel: 612.746.3769
Email: djstewart@mylegalaid.org
       mhulden@mylegalaid.org

ATTORNEYS FOR DEFENDANTS