UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In the Matter of Osseo Area Schools, Independent School District No. 279,<br><br>   Plaintiff,<br><br>v.<br><br>M.N.B., by and through her Parent, J.B.,<br><br>   Defendants. | Case No. 0:17-cv-02068-DSD-HB<br><br><br>**DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

___

Defendant M.N.B., by and through her Parent, J.B., by and through her counsel, hereby respectfully moves the Court for attorneys' fees pursuant to Fed. R. Civ. P. 54. Defendant M.N.B. is the prevailing party in the above-captioned matter.

Defendant bases her Motion on her Memorandum in Support and attachments, and all records and proceedings of this case.

Respectfully submitted,

Date: October 9, 2018

/s/Daniel Stewart
Daniel Stewart (#0278919)
Mid-Minnesota Legal Aid
Minnesota Disability Law Center
430 1st Ave N, Suite 300
Minneapolis, MN 55401
Tel: 612.746.3769
Email: djstewart@mylegalaid.org

ATTORNEYS FOR DEFENDANTS